

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00118-CV

Jesus **VIRLAR**, M.D. and GMG Health Systems Associates, P.A., a/k/a and d/b/a Gonzaba
Medical Group,
Appellants

v.

Jo Ann **PUENTE**,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04936
Honorable Norma Gonzales, Judge Presiding

BEFORE THE EN BANC COURT[1]

In accordance with this court's opinion of this date, the portion of the trial court's judgment awarding damages for future loss of earning capacity is AFFIRMED, CONDITIONED ON A REMITTITUR of damages in the amount of $8,000.00. If this remittitur is not filed within twenty days from the date of this judgment, the portion of the trial court's judgment awarding damages for future loss of earning capacity will be reversed, and the cause remanded for a new trial. We do not disturb any other damages awarded by the jury. Further, the judgment of the trial court is REVERSED IN PART and this cause is REMANDED for the trial court (1) to conduct an evidentiary hearing on any benefit received by Puente from C.P.'s settlement with the hospital pursuant to *Utts v. Short*, 81 S.W.3d 822 (Tex. 2002), and apply any appropriate settlement credit, if any; (2) to make a determination of the amount of damages awarded for future medical care expenses that should be paid in periodic payments pursuant to section 74.503(c) and (d) of the Texas Civil Practice and Remedies Code; and (3) to sign a new judgment in conformity with this court's opinion. Costs of appeal are taxed against the party incurring same.

SIGNED February 5, 2020.

Liza A. Rodriguez, Justice

---

[1] Justice Rebeca C. Martinez has recused herself from this appeal.